**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **GARY SIMS** | **CIVIL CASE NO. 5:22-0225-P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SGT. WOODS, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, together with the Objection [Doc. No. 8] filed by Plaintiff, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Gary Sims' complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**MONROE, LOUISIANA** this 29th day of March 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**